IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNEST BONNER,

    Plaintiff,

  v.

FAY SERVICING, LLC; WESTERN PROGRESSIVE, LLC; OCWEN LOAN SERVICING, LLC; CHRISTIANA TRUST, AS TRUSTEE FOR ARLP TRUST 2,

    Defendants.

No. C 16-01363 WHA

**ORDER RE HEARING ON MOTIONS TO DISMISS**

In light of the referral of this case to the early foreclosure ADR program (Dkt. No. 13), the hearing on defendants' motions to dismiss and the initial case management conference are hereby continued to **JUNE 2, 2016**, **AT EIGHT A.M.** Defendants' replies to plaintiff's oppositions shall be due on **APRIL 22, 2016**. The parties shall submit a joint status update regarding the status of their ADR process by **NOON ON MAY 17, 2016**.

**IT IS SO ORDERED.**

Dated: April 13, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE