WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Ronald M. Arlas, Esq., SBN 59091
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 477-9200

WRIGHT, FINLAY & ZAK, LLP
Ronald M. Arlas, Esq. SBN 59091
907 Sir Francis Drake Blvd.
Kentfield, Ca. 94904
Tel: 415/230-4350; Fax: 415/455-0370
rarlas@wrightlegal.net

Attorneys for Defendants FAY SERVICING, LLC AND CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE FOR ARLP TRUST 2

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST L. BONNER,<br>Plaintiff<br>vs.<br>FAY SERVICING, LLC, et al.,<br>Defendants | Case No. 3:16-cv-01363-WHA<br>[PROPOSED] ORDER RESETTING DATES FOR THE TWO MOTIONS TO DISMISS AND THE JOINT CASE MANAGEMENT CONFERENCE |

Pursuant to the STIPULATION REQUESTING THAT ALL DEFENDANTS' MOTIONS TO DISMISS AND THE JOINT CASE MANAGEMENT CONFERENCE CONTINUED PENDING AN EARLY SETTLMENT CONFERENCE ("the Stipulation"), executed by counsel for all parties, this Court believes that there is good cause to continue both of the Motions to Dismiss currently on file and the Joint Case Management Conference, all of which are set now for June 2, 2016 to July 21, 2016. The Responses to the Motions to Dismiss shall now be due by June 30 and the Replies due by July 7.

Dated: April 15, 2016.

/s/ [signature]
JUDGE OF THE U.S. DISTRICT COURT