IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST BONNER, | No. C 16-01363 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING APPEARANCE BY TELEPHONE** |
| FAY SERVICING, LLC; WESTERN PROGRESSIVE, LLC; OCWEN LOAN SERVICING, LLC; CHRISTIANA TRUST, AS TRUSTEE FOR ARLP TRUST 2, | |
| Defendants. | |

The courtroom telephone equipment does not make it feasible to conduct hearings over the telephone and, therefore, the Court must **DENY** the request by defendant Ocwen Loan Servicing, LLC.

**IT IS SO ORDERED.**

Dated: July 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE