IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNEST L. BONNER,

    Plaintiff,

  v.

FAY SERVICING, LLC; CHRISTIANA TRUST, a Division of Wilmington Savings Fund Society FSB as Trustee for ARLP Trust 2; WESTERN PROGRESSIVE, LLC; OCWEN LOAN SERVICING, LLC; and DOES 1–100, inclusive,

    Defendants.

No. C 16-01363 WHA

**ORDER GRANTING EXTENSION**

The Court is in receipt of defendants' request for an extension to submit evidence in support of its converted motion for summary judgment. The requested extension is hereby **GRANTED**. Defendants shall have until August 19, 2016, to submit competent proof to prove up their representations concerning the reassignment back to New Century. Plaintiff's counsel shall then have **TWENTY-EIGHT CALENDAR DAYS** to conduct discovery, more if good cause is shown. At the end of discovery, plaintiff and defendants shall submit a supplement to the record, including briefing, by **NOON ON SEPTEMBER 23, 2016.**

    **IT IS SO ORDERED.**

Dated: August 8, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE