IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST L. BONNER, | No. C 16-01363 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| FAY SERVICING, LLC; CHRISTIANA TRUST, a Division of Wilmington Savings Fund Society FSB as Trustee for ARLP Trust 2; WESTERN PROGRESSIVE, LLC; OCWEN LOAN SERVICING, LLC; and DOES 1–100, inclusive, | |
| Defendants. / | |

All parties shall appear on **SEPTEMBER 29, 2016, AT 8:00 A.M.** to show cause as to why this case should not be dismissed in light of plaintiff's recent bankruptcy filing, his motion to stay this case, and his refusal to provide discovery.

Tentatively, the Court is of the view that plaintiff is trying to have it both ways — he does not need a stay because he can dismiss this case without prejudice to re-filing in the bankruptcy court. It is plaintiff who initiated this action.

By **SEPTEMBER 27, 2016, AT NOON**, the parties shall submit memorandums on this subject. This does not in any way supersede the earlier briefing requirements nor does it

suspend any requirement to cooperate in discovery.

**IT IS SO ORDERED.**

Dated:  September 20, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE