United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST L. BONNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FAY SERVICING, LLC; CHRISTIANA TRUST, a Division of Wilmington Savings Fund Society FSB as Trustee for ARLP Trust 2; WESTERN PROGRESSIVE, LLC; OCWEN LOAN SERVICING, LLC; and DOES 1–100, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 16-01363 WHA<br><br>**ORDER DENYING REQUEST FOR TELEPHONIC APPEARANCE** |

　　　The courtroom telephone equipment does not make it feasible to conduct hearings over the telephone and, therefore, the Court must **DENY** defendant's request.

　　　**IT IS SO ORDERED.**

Dated: September 26, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE