IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST L. BONNER,<br><br>  Plaintiff,<br><br> v.<br><br>FAY SERVICING, LLC; CHRISTIANA TRUST, a Division of Wilmington Savings Fund Society FSB as Trustee for ARLP Trust 2; WESTERN PROGRESSIVE, LLC; OCWEN LOAN SERVICING, LLC; and DOES 1–100, inclusive,<br><br>  Defendants.<br>_____ / | No. C 16-01363 WHA<br><br><br>**ORDER DISMISSING ACTION AND VACATING HEARING** |

The court is in receipt of plaintiff's notice of voluntary dismissal. Accordingly, this action is dismissed. The Clerk shall please close the file.

The hearing scheduled for tomorrow, September 29, 2016, is **VACATED**.

**IT IS SO ORDERED.**

Dated: September 28, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE